UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

DEYSI RAUDA,

    Plaintiff,

v.

KUDA LEATHER INC.,
MAURICIO VILLA and
GLORIA RUIZ,

    Defendants.

Case No: 6:21-cv-1760-RBD-LRH

**Certificate of Interested Persons and
Corporate Disclosure Statement**

    Defendants, by and through the undersigned, hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**Defendants,**

**Kuda Leather, Inc.,
c/o Lubell Rosen LLC
200 S. Andrews Ave.
Suite 900
Ft. Lauderdale, FL 33301
954-880-9500**

**Gloria Ruiz
c/o Lubell Rosen LLC
200 S. Andrews Ave.
Suite 900
Ft. Lauderdale, FL 33301
954-880-9500**

**Mauricio Villa
c/o Lubell Rosen LLC
200 S. Andrews Ave.
Suite 900
Ft. Lauderdale, FL 33301
954-880-9500**

**George E. Dahdal, Esq.,**
**Lubell Rosen LLC**
**200 S. Andrews Ave.**
**Suite 900**
**Ft. Lauderdale, FL 33301**
**954-880-9500**

**Joshua H. Sheskin, Esq.;**
**Lubell Rosen LLC**
**200 S. Andrews Ave.**
**Suite 900**
**Ft. Lauderdale, FL 33301**
**954-880-9500**

**Lubell & Rosen, LLC**
**200 S. Andrews Ave.**
**Suite 900**
**Ft. Lauderdale, FL 33301**
**954-880-9500**

**Plaintiff,**

**Deysi Rauda;**
**c/o Zandro E. Palma, P.A.**
**9100 S. Dadeland Blvd.**
**Suite 1500**
**Miami, FL 33156**
**305-446-1500**

**Zandro E. Palma, Esq.**
**Zandro E. Palma, P.A.**
**9100 S. Dadeland Blvd.**
**Suite 1500**
**Miami, FL 33156**
**305-446-1500**

**Zandro E. Plama, P.A.**
**9100 S. Dadeland Blvd.**
**Suite 1500**
**Miami, FL 33156**
**305-446-1500**

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

    3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors)

    **None.**

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

**Plaintiff, Deysi Rauda.**

5. Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.
- or -
_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: November 11, 2021

Respectfully submitted,

LUBELL & ROSEN, LLC
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax:    (954) 755-2993
E-mail: jhs@lubellrosen.com
            ged@lubellrosen.com

*/s/ Joshua H. Sheskin*
Joshua H. Sheskin, Esquire
Florida Bar No. 93028
George E. Dahdal, Esquire
Florida Bar No. 1031644
*Attorneys for Defendants KUDA LEATHER INC., MAURICIO VILLA and GLORIA RUIZ.*