## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:21-CV-1760-RBD-LRH

Plaintiff:
DEYSI RAUDA AND OTHER SIMILARLY SITUATED INDIVIDUALS
vs.
Defendant:
KUDA LEATHER INC., MAURICIO VILLA AND GLORIA RUIZ INDIVIDUALLY,

RLA2021002494

For:
Zandro E. Palma
THE LAW OFFICE OF ZANDRO E. PALMA, P.A.
9100 South Dadeland Blvd.
Suite 1500
Miami, FL 33156

Received by LINDSAY LEGAL SERVICES INC. on the 25th day of October, 2021 at 1:44 pm to be served on KUDA LEATHER INC., C/O GLORIA RUIZ AS R/A, 11454 VIA LUCERNA CIR., WINDERMERE, FL 34786.

I, Edwin Young, being duly sworn, depose and say that on the **28th day of October, 2021** at **8:26 am**, I:

**CORPORATE:** Served **KUDA LEATHER INC.**, by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Gloria Ruiz** as **Registered Agent** for **KUDA LEATHER INC.**, at the address of: **11454 VIA LUCERNA CIR., WINDERMERE, FL 34786**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 53, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 150, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server or Special Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. No notary is required pursuant to Florida State Statute 92.525(2).

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to (or affirmed) and subscribed before me by means of [ x ] physical presence or [ ] online notarization, on the 10th day of November, 2021 by the affiant who is personally known to me.

_Regina Moore_
NOTARY PUBLIC

REGINA MOORE
Commission # HH 092423
Expires February 21, 2025
Bonded Thru Budget Notary Services

Edwin Young
CPS #0178

LINDSAY LEGAL SERVICES INC.
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2021002494

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b