UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-01760-RBD-LRH

Deysi Rauda,
and other similarly situated individuals,

    Plaintiff(s),

v.

Kuda Leather Inc.,
Mauricio Villa, and Gloria Ruiz,
Individually,

    Defendants,
_____/

## PLAINTIFF'S ANSWERS TO COURT'S INTERROGATORIES

1. During what period of time were you employed by the Defendant?

    *Plaintiff worked from approximately from June 2009 to September 18, 2021.*

2. Who was your immediate supervisor?

    *Plaintiff's immediate supervisor was Mauricio Villa*

3. Did you have a regularly scheduled work period? If so, specify.

    *Plaintiff worked a regular schedule of 6 days per week from 10:00 AM to 10:00 PM (12 hours each day), or a total of 72 hours weekly. Plaintiff was unable to take bona-fide lunch periods*

4. What was your title or position? Briefly describe your job duties.

*Plaintiff worked as a saddle maker. Plaintiff's duties included, but were not limited to, positioning of covering and cushioning materials, such as cotton batting, foam rubber, or mohair over saddle tree. Joining covering to saddle tree, using cement, nails, needle and thread, or stitching machine. Attaching accessories or ornamentation to saddle with rivets or needle and thread. Applying paint and liquid dressing to produce glossy finish, using brush or sponge.*

5. What was your regular rate of pay?

   *Plaintiff was paid $737.00 weekly.*

6. What is the nature of your claim (check all that apply)?

   \_\_\_\_\_ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

   \_\_\_\_\_ Misclassification (Defendant mistakenly classified you as exempt from overtime);

   \_\_x\_\_ Miscalculation (Defendant failed to correctly calculate your compensation);

   \_\_\_\_\_ Other (Please describe):

7. Provide an accounting of your claim, including:

   a. Dates:
   - *June 2009 to September 18, 2021 or 156 relevant weeks*
   - *September 19, 2021 up to date, December 16, 2021 or 13 weeks*

   b. Regular hours worked:

*40 hrs per week x 156 wks=6,240.00 approx*

c. Over-time hours worked:
*32.00 OT hrs x 156 wks = 4,992.00 approx*

d. Pay received versus pay claimed:
- *pay received:*
  *$737.00 x 156 = $114,972.00*
- *pay claimed:*
  *$25,559.04 OT + $11,714.56 Lost Wages*

**(1) OVERTIME:** *$25,559.04*

a. <u>Total amount of unpaid O/T wages</u>:

Twenty-Five Thousand Five Hundred Fifty-Nine Dollars and 04/100 ($25,559.04)

b. <u>Calculation of such wages</u>:

Total weeks of employment: more than 12 years
Relevant weeks of employment: 156 weeks
Total number of hours worked: 72 hours weekly
Total number of O/T hours: 32 O/T hours
Paid: $737.00 weekly: 72 hours worked=$10.24 Reg. rate
Regular rate: $10.24:2=$5.12 half-time O/T

$5.12 x 32 hours=$163.84 weekly x 156 weeks=$25,559.04

c. <u>Nature of wages (e.g., overtime or straight time)</u>:

This amount represents half-time unpaid overtime wages.

**(2) LOST WAGES:** $11,714.56

   a. <u>Total amount of alleged unpaid wages</u>:

   Eleven Thousand Seven Hundred Fourteen Dollars and 56/100 ($11,714.56)

   b. <u>Calculation of such wages</u>:

   Total weeks of unemployment:
   From *September 19, 2021 up to December 16, 2021 or 13 weeks*

   Lost weekly:    40 hours x $10.24  =  $409.60
                       32 OT hours x $15.36 = <u>$491.52</u>
                                        $901.12 lost weekly.

   Total lost: $901.12 x 13 weeks = $11,714.56

   c. <u>Nature of wages</u>:

   This amount represents unpaid lost wages

   e. Total amount claimed:
                    $37,273.60  *unliquidated*
                    $74,547.20 *liquidated*

8. If you have brought this case as a collective action: *N/A*

   (a) Describe the class of employees you seek to include in this action.

   (b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought

and the number of hours expended by each person who has billed time to this case.

| **Hourly Rate** | **# Hours** | **Total Incurred Attorney's Fees** |
|---|---|---|
| $400.00   X | 11   = | $4,400.00 |

| | |
|---|---|
| Filing fees | $402.00 |
| Process Server | $225.00 |
| Postage, copies, etc. | $25.00 |
| Total | $5,052.00 |

10. When did you (or your attorney) first complaint to your employer about alleged violations of the FLSA?

    *Approximately on June, 2021.*

11. Was this complaint written or oral? (If written response, please attach a copy)

    *Oral*

12. What was your employer's response (If a written response, please attach a copy).

    *"We do not pay overtime here. If you continue asking for overtime, I am going to fire you"*

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_____      12 / 17 / 2021
DAISY RAUDA     DATE

Doc ID: 66c4a6b9df4bf9d08ec6d12db426c0701efe2fab



Audit Trail

| | |
|---|---|
| **TITLE** | Interrogatorios |
| **FILE NAME** | RAUDA DAISY - Ans...ries 12102021.pdf |
| **DOCUMENT ID** | 66c4a6b9df4bf9d08ec6d12db426c0701efe2fab |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**        **12 / 16 / 2021**          Sent for signature to Deysi Rauda (draug28@yahoo.es) from
                19:09:52 UTC-5              svelez@thepalmalawgroup.com
                                            IP: 172.58.173.143

**VIEWED**      **12 / 16 / 2021**          Viewed by Deysi Rauda (draug28@yahoo.es)
                19:11:33 UTC-5              IP: 72.239.136.72

**SIGNED**      **12 / 17 / 2021**          Signed by Deysi Rauda (draug28@yahoo.es)
                11:15:51 UTC-5              IP: 72.239.136.72

**COMPLETED**   **12 / 17 / 2021**          The document has been completed.
                11:15:51 UTC-5

Powered by HELLOSIGN