UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEYSI RAUDA, and others similarly situated,

    Plaintiffs,

v.

                                            Case No. 6:21-cv-01760-RBD-LRH

KUDA LEATHER, INC., MAURICIO VILLA, and GLORIA RUIZ,

    Defendants.

_____/

## **NOTICE TO THE COURT OF SETTLEMENT CONTENTS**

Pursuant to Docket Entry 20, the Defendants, Kuda Leather, Inc., Mauricio Villa, and Gloria Ruiz, hereby notice the Court of the following:

1. There are no agreements between the Parties, to the instant action, which has not been disclosed to the Court.

2. There are no confidentiality provisions between the parties, or in the settlement agreement.

3. The agreement contains no non-disparagement clause, nor is their such an agreement between the parties.

4. The agreement disclosed to the Court contains a mutual general release of claims beyond the FLSA.

Respectfully Submitted this 10th Day of February 2022,

1

By: */s/ Joshua H. Sheskin, Esq., M.A.*
Joshua H. Sheskin, Esq.
Florida Bar No.: 93028
George E. Dahdal, Esq.
Florida Bar No.: 1031644

LUBELL & ROSEN, LLC
*Attorneys for Plaintiffs*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 755-3425
Fax:     (954) 755-2993
E-mail: jhs@lubellrosen.com
              ged@lubellrosen.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 10, 2022, I electronically filed the foregoing with the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ George E. Dahdal*
George E. Dahdal, Esq.
Florida Bar No.: 1031644

2