**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DEYSI RAUDA,

    Plaintiff,

v.                                                                Case No. 6:21-cv-1760-RBD-LHP

KUDA LEATHER INC.; MAURICIO
VILLA; and GLORIA RUIZ,

    Defendants.
_____

**ORDER**

In this Fair Labor Standards Act case, the parties moved the Court for approval of their settlement agreement. (Doc. 23 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation submitting that the Court should grant the Motion in part and approve the agreement with a modification. (Doc. 24 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    The R&R (Doc. 24) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The Motion (Doc. 23) is **GRANTED IN PART AND DENIED IN PART**:

   a. The Motion is **DENIED** insofar as the confidentiality/non-disparagement provision (Doc. 23-1, p. 3, ¶ 5 (second paragraph of ¶ 5, third sentence, starting with the word "Similarly" through the end of that paragraph)) is **SEVERED** from the Settlement Agreement.

   b. The Motion is otherwise **GRANTED**.

3. The Settlement Agreement (Doc. 23-1) is **APPROVED**, with the modification set forth above, as fair and reasonable.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 28, 2022.



ROY B. DALTON JR.
United States District Judge